LAURA R. MILLER, Respondent, v. ANDREW L. SOMERS, Appellant, Impleaded with Another.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of EDWARD J. GANTLY, an Attorney.—Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of CLARENCE E. SUTHERLAND, an Attorney.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of HERMAN TURKEL.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of SAMUEL HOROWITZ, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of ABRAHAM SEGALL, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

LIVERIGHT PUBLISHING CORPORATION v. THEODORE DREISER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

534 EIGHTH AVENUE CORPORATION v. KELVINATOR SALES CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

SADIE FINESILVER and Another v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

HELEN GRAY v. HERBERT L. WILLIAMS and EDWARD MCLOUGHLIN, as Receivers in Equity of LAND ESTATES, INCORPORATED.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

LAKEWOOD TRUST COMPANY OF LAKEWOOD, N. J., v. McCUE REALTY CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HAMERSHLAG & POTASH, INC., v. FIRST AMERICAN FIRE INSURANCE COMPANY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MICHAEL BRODERICK, a Taxpayer of the City of New York, v. JOHN H. DELANEY and Others, Constituting the Board of Transportation of the City of New York and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.